**SODW**
**JORGE A. RAMIREZ**
Nevada Bar No. 6787
**WILSON, ELSER, MOSKOWITZ, EDELMAN**
**& DICKER LLP**
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
(702) 727-1400; FAX (702) 727-1401
jorge.ramirez@wilsonelser.com
*Attorneys for Defendant Sunbeam Products, Inc.*
*and Newell Brands*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE LAYTON,<br><br>          Plaintiff,<br>v.<br><br>SUNBEAM PRODUCTS, INC., A FOREIGN CORPORATION, NEWELL BRANDS, A FOREIGN CORPORATION, DOES 1 THROUGH 10, INCLUSIVE and ROE CORPORATIONS 1 THROUGH 10, INCLUSIVE.<br><br>          Defendants. | Case No.: 2:21-cv-00989-~~RFB~~-BNW (CDS)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Christine Layton,

by and through her counsel of record, Alberto Castro, Esq. of Richard Harris Law Firm, and

Defendants Sunbeam Products, Inc. and Newell Brands by and through their counsel of record, Jorge

A. Ramirez, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that the above-entitled

. . .

. . .

. . .

. . .

. . .

Page 1 of 2

action shall be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

DATED this _7th_ day of October, 2022.                DATED this _7th_ day of October, 2022.

RICHARD HARRIS LAW FIRM                           WILSON, ELSER, MOSKOVITZ,
                                                  EDELMAN & DICKER, LLP

*/s/Alberto Castro*                               */s/ Jorge A. Ramirez*
Alberto Castro, Esq.                              Jorge A. Ramirez, Esq.
801 South 4th Street                              Nevada Bar No. 6787
Las Vegas, NV 89101                               6689 Las Vegas Boulevard South, Suite 200
alberto@richardharrislaw.com                      Las Vegas, NV 89119
*Attorneys for Plaintiff*                         jorge.ramirez@wilsonelser.com
                                                  *Attorneys for Defendant Sunbeam Products,
                                                  Inc. and Newell Brands*

## ORDER

Based upon the above stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Christine Layton's Complaint against Defendants Sunbeam Products, Inc. and Newell Brands, Case No. 2:21-cv-00989, shall be dismissed with prejudice in its entirety, with each party to bear their own fees and costs, as noted above.

_____
U.S. DISTRICT JUDGE
DATED: October 7, 2022

*Respectfully Submitted by:*

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Jorge A. Ramirez*
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Sunbeam Products, Inc.
and Newell Brands*